**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Christopher Michael THOMPSON,**
**Petitioner**

**No. 200 MAL 2017**

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Matthew Scott SEXTON, Petitioner**

**No. 221 MAL 2017**

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**